UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:09-cv-07143 CLASS ACTION |
| Plaintiff, | ) ) | Judge Suzanne B. Conlan |
| vs. | ) ) | |
| THE BOEING COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

[~~PROPOSED~~] ORDER GRANTING THE CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

220851_1

Having considered the City of Livonia Employees' Retirement System's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

1. The Court, having considered the provisions of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints the City of Livonia Employees' Retirement System as Lead Plaintiff; and

2. Lead Plaintiff's selection of Lead and Liaison Counsel is approved. Pursuant to the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B)(v), Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel for the class and Miller Law LLC is appointed Liaison Counsel.

DATED: January 15, 2010

THE HONORABLE SUZANNE B. CONLON
UNITED STATES DISTRICT JUDGE