IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>THE BOEING COMPANY, W. JAMES McNERNEY, JR. and SCOTT E. CARSON,<br><br>                      Defendants. | Case No. 1:09-cv-07143<br><br>Judge Suzanne B. Conlon<br><br>DEMAND FOR JURY TRIAL |

**COMPENDIUM OF EXHIBITS TO
DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

 

Mark Filip
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Tel. (312) 862-2000
Fax (312) 862-2200
mark.filip@kirkland.com

John A. Eisenberg
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200
john.eisenberg@kirkland.com

*Attorneys for Defendants The Boeing Company, W. James McNerney, Jr. and Scott E. Carson*

Dated: March 25, 2010

# INDEX TO COMPENDIUM OF EXHIBITS
# IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
# PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

| TAB | DESCRIPTION |
|---|---|
| A. | December 11, 2008 Boeing Press Release |
| B. | February 9, 2009 Boeing Form 10K |
| C. | April 21, 2009 Boeing Form 10Q |
| D. | April 22, 2009 Boeing Press Release |
| E. | Securities Transaction Certification |