Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7143 | **DATE** | 6/10/2010 |
| **CASE TITLE** | CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated vs. THE BOEING COMPANY, *et al* | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for relief from judgment and for leave to file a second amended class action complaint and defendants' opposition [56] are taken under advisement. The motion will not be heard as noticed on June 10, 2010.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|