# UNITED STATES DISTRICT COURT
для the
## Northern District of Illinois

| | |
|---|---|
| City of Livonia Employees' Retirement System, *Plaintiff* v. The Boeing Company, W. James McNerney, Jr., Scott E. Carson, *Defendants* | Civil Action No. 09 C 7143 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
This case is dismissed with prejudice.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion for reconsideration.

Date: March 7, 2011

Michael W. Dobbins, Clerk of Court

/s/ Alberta Rone, Deputy Clerk