UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, et al., Individually and on Behalf of All Others Similarly Situated, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) THE BOEING COMPANY, et al., ) ) Defendants. ) ) ) | No. 1:09-cv-07143  <br><br>CLASS ACTION  <br><br>Judge Ruben Castillo |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff City of Livonia Employees' Retirement System and Representative Plaintiff Local 295/Local 851 IBT Employer Group Welfare Fund in the above-referenced matter, hereby appeal, on behalf of themselves and all others similarly situated, to the United States Court of Appeals for the Seventh Circuit from the District Court's memorandum opinion and order, and judgment dated and entered March 7, 2011 (Docket Entries 201, 202), granting the defendants' motion for reconsideration and dismissing the Second Amended Complaint with prejudice, as well as from the District Court's order dated March 16, 2012 (Docket Entry 233), and entered March 19, 2012, denying plaintiffs' timely motion to amend the judgment under Federal

Rules of Civil Procedure 59(e) and 60(b), inclusive of any other interlocutory orders merged into the final judgment.

DATED: April 12, 2012

By: s/ Michael J. Dowd
MICHAEL J. DOWD

MICHAEL J. DOWD
THOMAS E. EGLER
TRIG R. SMITH
MAUREEN E. MUELLER
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

RANDI D. BANDMAN
ROBBINS GELLER RUDMAN
 & DOWD LLP
52 Duane Street, 7th Floor
New York, NY 10007
Telephone: 212/693-1058
212/693-7423 (fax)

Lead Counsel for Plaintiffs

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 2 -

698022_1

DEBORAH R. GROSS
ROBERT P. FRUTKIN
LAW OFFICES OF BERNARD M.
  GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2012.

    s/ Michael J. Dowd
    MICHAEL J. DOWD

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)
    E-mail: mdowd@rgrdlaw.com

698022_1

## Mailing Information for a Case 1:09-cv-07143

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randi D Bandman**
  randib@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric D. Brandfonbrener**
  ebrand@perkinscoie.com,docketchi@perkinscoie.com,dmoten@perkinscoie.com,jbrosnan@perkinscoie.com

- **H. Rodgin Cohen**
  cohenhr@sullcrom.com

- **Patrick M. Collins**
  pcollins@perkinscoie.com,docketchi@perkinscoie.com,anorris@perkinscoie.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,stremblay@rgrdlaw.com,kathyj@rgrdlaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Pravin B. Rao**
  prao@perkinscoie.com,docketchi@perkinscoie.com,sbaier@perkinscoie.com,rravelo@perkinscoie.com,ahomier@perkinscoie.com

- **John J. Rice**
  jrice@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com

- **Benjamin R. Walker**
  walkerb@sullcrom.com,deiesot@sullcrom.com,tulchind@sullcrom.com,wheelers@sullcrom.com

- **Stephanie G. Wheeler**
  wheelers@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Alexander J. Willscher**
  willschera@sullcrom.com,s&cmanagingclerk@sullcrom.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve           Y. Koh
Perkins Coie, LLP
1201 Third Avenue
```

#4800
Seatte, WA 98101

**David**             **B Tulchin**
Sullivan and Cromwell
125 Broad Street
New York, NY 10004