IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY, W. JAMES McNERNEY, JR. and SCOTT E. CARSON,<br><br>　　　　　　　Defendants. | No. 1:09-cv-07143<br><br>Chief Judge Ruben Castillo<br><br>Magistrate Judge Susan E. Cox |

**AGREED FINAL NOTICE OF RESOLUTION**

　　　The parties to this action respectfully inform this Court that the parties have resolved all matters, and request that this action be terminated in its entirety with prejudice.

Dated: October 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　THE BOEING COMPANY,
　　　　　　　　　　　　　　　　　　　　　　　W. JAMES McNERNEY, JR. and
　　　　　　　　　　　　　　　　　　　　　　　SCOTT E. CARSON

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Eric D. Brandfonbrener* _____
　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

Pravin B. Rao (Il Bar #06230097)
Patrick M. Collins (Il Bar #06206686)
Eric D. Brandfonbrener (Il Bar #06195674)
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

Steve Y. Koh
Eric B. Wolff
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

CITY OF LIVONIA EMPLOYEES'
RETIREMENT SYSTEM and LOCAL
295/LOCAL 851 IBT EMPLOYER GROUP
WELFARE FUND

By: */s/ Thomas E. Egler*
    One of their attorneys

    Thomas E. Egler
    Trig R. Smith
    Jessica T. Shinnefield
    Robbins Geller Rudman & Dowd LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Tel: (619) 231-1058
    Fax: (619) 231-7423

    Marvin A. Miller
    Miller Law LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL 60603
    Tel: (312) 332-3400
    Fax: (312) 676-2676

**CERTIFICATE OF SERVICE**

I, Eric D. Brandfonbrener, hereby certify that on October 2, 2014, a true and correct copy of the foregoing **AGREED FINAL NOTICE OF RESOLUTION** was filed electronically with the United States District Court for the Northern District of Illinois - Eastern Division. Notice of this filing has been sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

By: /s/ *Eric D. Brandfonbrener*